JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

OCT 19 2006

2006 OCT 23 PM 2: 10

FILED
CLERK'S OFFICE

OFFICE OF THE CLERK

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Arthur McElroy v. Janssen Pharmaceutica, Inc., et al.*, D. Nebraska, C.A. No. 4:06-3154

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

A conditional transfer order was filed in this action (*McElroy*) on September 14, 2006. Prior to expiration of that order's 15-day stay of transmittal, plaintiff filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-68" filed on September 14, 2006, is LIFTED and thus the action is transferred to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Jack B. Weinstein.

IT IS FURTHER ORDERED that all claims in this action except Zyprexa claims are separated and simultaneously remanded, pursuant to 28 U.S.C. § 1407(a), to the District of Nebraska.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# INVOLVED COUNSEL LIST
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Charles F. Gotch
Cassem, Tierney Law Firm
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Cynthia R. Lamm
Baylor, Evnen Law Firm
Wells Fargo Center
1248 O Street, Suite 600
Lincoln, NE 68508

Arthur McElroy
SPR-Lincoln Regional Center
P.O. Box 94949
Lincoln, NE 68509-4949

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573