IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTHUR McELROY, | ) | 4:06CV3154 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JANSSEN PHARMACEUTICA, INC., | ) | |
| JANSSEN PHARMACEUTICA, N.V., | ) | |
| and ELI LILLY PHARMACEUTICAL | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Because the Judicial Panel on Multidistrict Litigation has transferred Plaintiff's claim related to the prescription drug Zyprexa to the United States District Court for the Eastern District of New York, while remanding all other claims to this court, see filings 23 and 30,

IT IS ORDERED that:

1. Defendant Eli Lilly Pharmaceutical Company shall be terminated as a party for purposes of this court's CM/ECF system, and thus shall not receive service of subsequent filings in this case, but it shall remain a nominal party in the event that the Zyprexa claim is later remanded to this court by the Judicial Panel on Multidistrict Litigation.

2. This action shall progress in this court against the other Defendants, but only with respect to any claim(s) alleged in paragraphs 1 through 16 of Plaintiff's complaint; the Zyprexa claim, as alleged in paragraphs 17 through 23 of Plaintiff's complaint, is suspended.

November 8, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge